```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                       ATHENS DIVISION


SAMUEL TYRONE EVANS,                *

        Plaintiff                   *

vs.                                 *
                                         CASE NO. 3:12-CV-61 (CDL)
ARMOR CORRECTIONAL HEALTH, INC.;    *
CLARKE COUNTY GEORGIA; et al.,
                                    *
        Defendants
                                    *
```

ORDER ON RECOMMENDATION

This matter is before the Court pursuant to a recommendation of the United States Magistrate Judge entered on May 21, 2012. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court

IT IS SO ORDERED, this 12th day of June, 2012.

```
                              s/Clay D. Land
                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE
```