IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SAMUEL TYRONE EVANS, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 3:12-CV-61 (CDL) |
| Sheriff IRA EDWARDS, JR., and WENDY ROYAL, | * |
| | * |
| Defendant. | * |

ORDER ON RECOMMENDATION

After a *de novo* review of the record in this case, the Recommendation filed on January 16, 2013 by the United States Magistrate Judge is hereby approved, adopted, and made the Order of the Court. The Court has considered Plaintiff's "Motion Opposing Summary Judgment for Defendants" as an objection to the Magistrate Judge's Recommendation and finds it to be without merit. Plaintiff failed to file a response to Defendants' motions for summary judgment, and the record demonstrates that no genuine factual dispute exists regarding Plaintiff's claims. Moreover, to the extent that Plaintiff's objection/motion is deemed to be a tardy response to the Defendants' summary judgment motions, the Court finds that it likewise fails to demonstrate that Defendants are not entitled to summary judgment.

IT IS SO ORDERED, this 12th day of February, 2013.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE